IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DION MOORE
ADC #164134                                                                    PLAINTIFF

v.                              No. 4:16-cv-467-DPM

RANDELL, Major, Faulkner County Detention
Facility; HUFFMAN, Lieutenant, Faulkner County
Detention Facility, Unit 1; and ROPER, Sergeant,
Faulkner County Detention Facility, Unit 1                                     DEFENDANTS

## ORDER

1. Motion, № 6, granted. Moore's complaint will be dismissed without prejudice.

2. The Court vacates the 30 June 2016 Order assessing the $350 filing fee. № 3. The Court directs the Clerk and Moore's custodian to refund any payments collected under that Order.

3. Recommendation, № 5, declined as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2016