IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DION MOORE
ADC #164134                                                                         PLAINTIFF

v.                               No. 4:16-cv-467-DPM

RANDELL, Major, Faulkner County Detention
Facility; HUFFMAN, Lieutenant, Faulkner County
Detention Facility, Unit 1; and ROPER, Sergeant,
Faulkner County Detention Facility, Unit 1                         DEFENDANTS

## JUDGMENT

Moore's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 August 2016